## DIVIDENDS REMITTED TO THE COURT

Case Number 08-33134 - HEIDEMAN, TODD JAMES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **ROSEMARY HEIDEMANN**<br>22763 330TH ST.<br>RUSHMORE MN 56168<br>6708 | 000003 | 341.60 | 1.86 |
| **WILMONT ADRIAN COOPERATIVE**<br>102 N. 4TH AVE.<br>P.O. BOX 219<br>WILMONT MN 56185<br>2987 | 000004 | 288.05 | 1.57 |
| **ELLSWORTH VETERINARY**<br>315 S. BROADWAY ST.<br>ELLSWORTH MN 56129 | 000006 | 373.51 | 2.03 |
| ---------- Remittance Total ---------------- | | 1,003.16 | 5.46 |

_____
CHARLES W. RIES, Trustee



#2925